January 5, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

BANDALI DAHDAH, Appellant

NO. 14-15-00889-CV                  V.

NADIM ZABANEH AND BASIMA ZABANEH, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Nadim Zabaneh and Basima Zabaneh, signed October 15, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **REVERSE** the portion of the trial court's judgment awarding the Zabanehs trial attorney's fees and **REMAND** this case for further proceedings consistent with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.